|   |   |
|---|---|
| GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br>MICAH SCHMIT<br>Assistant U.S. Attorney<br>State Bar No. 014887<br>United States Courthouse<br>405 W. Congress Street, Suite 4800<br>Tucson, Arizona 85701<br>Telephone: 520-620-7300<br>Email: micah.schmit@usdoj.gov<br>Attorneys for Plaintiff | FILED<br>2023 MAR -1  PM 4: 32<br>CLERK US DISTRICT COURT<br>DISTRICT OF ARIZONA<br><br>CR23-00277 TUC-RCC(JR) |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>1. Destiney Rae Montoya,<br>　 Count 1<br>2. Keidy Yareli Rivera-Villa,<br>　 Count 1<br><br>　　　　　　Defendants. | **INDICTMENT**<br><br>Violations:<br><br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens for Profit)<br>**Count 1** |

**THE GRAND JURY CHARGES:**

## COUNT 1

From a date unknown to on or about May 2022, in the District of Arizona, Destiney Rae Montoya and Keidy Yareli Rivera-Villa did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the

///

purpose of commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Dated: March 1, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

s/

MICAH SCHMIT
Assistant U.S. Attorney